# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTHUR MAYO, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:15-cv-01906-LDG-GWF |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | ) | **ORDER** |
| Defendants. | ) | |

## I. DISCUSSION

The Inmate Early Mediation Conference for this case will be scheduled for July 1, 2016. (*See* ECF No. 20 at 2). The stay is set to expire on June 20, 2016. (*See id.* at 1). Defendants have filed a motion to extend the stay through July 5, 2016. (*Id.* at 2). The Court grants the motion to extend the stay through July 5, 2016. Defendants shall file their status report on or before July 5, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 20) is granted. Defendants shall file their status report on or before July 5, 2016.

DATED: This 28th day of April, 2016.

_____
United States Magistrate Judge