1

2                   **UNITED STATES DISTRICT COURT**

3                            **DISTRICT OF NEVADA**

4

5    ARTHUR MAYO,                          )
                                           )
6                        Plaintiff,        )        Case No.  2:15-cv-1906-LDG-GWF
                                           )
7    vs.                                   )        **ORDER**
     NEVADA DEPARTMENT OF                  )
8    CORRECTIONS, et al.,                  )
                                           )
9                        Defendants.       )
     _____)

10

11         This matter is before the Court on Plaintiff's Motion for the Court and/or US Marshal to

12   Facilitate Service (ECF No. 35), filed on September 15, 2016.  Defendant filed its Limited

13   Response (ECF No. 36) on September 23, 2016.

14         On July 12, 2016, the Court issued an order instructing the Clerk of the Court to

15   electronically serve a copy of Plaintiff's amended complaint on the Office of the Attorney General

16   of the State of Nevada.  *See* ECF No. 25.  The Court instructed the Attorney General's Office to file

17   a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts

18   service; (b) the names of the defendants for whom it does not accept service, and (c) the names of

19   the defendants for whom it is filing the last-known-address information under seal.  On August 3,

20   2016, the Office of the Attorney General filed a Notice (ECF No. 29) that service was accepted on

21   behalf of Defendants Brian E. Williams, Minor Adams, and Daniel Tracy.  Service was not

22   accepted on behalf of Bryan Wilson.

23         In its Limited Response, the Office of the Attorney General represents that it was unable to

24   obtain consent from Defendant Wilson and requested that the Court order the U.S. Marshal Service

25   to execute service upon Defendant Wilson at Florence McClure Women's Correctional Center at

26   4370 Smiley Road.  In his Motion, Plaintiff stated that he believed Defendant Wilson is currently

27   employed at a correctional center at 4370 Smiley Road.  On September 23, 2016, the Office of the

28   Attorney General submitted Defendant Wilson's last known address under seal as ordered by the

Court.  The Court will direct service upon Defendant Wilson.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue summons to Defendant Bryan Wilson.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall fill out an USM-285 form for Defendant Wilson with the following contact information:

> Bryan Wilson
> Florence McClure Women's Correctional Center
> 4370 Smiley Road
> Las Vegas, NV 89115

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a copy of this order, the summons to Defendant Wilson, two (2) copies of Plaintiff's Amended Complaint (ECF No. 17) and the completed USM-285 form to the U.S. Marshal's Office at 333 Las Vegas Blvd. South, Suite 2058, Las Vegas, Nevada  89101.

**IT IS FURTHER ORDERED** that the Marshal's Office shall attempt service upon Defendant Wilson.  If the Plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendant, then a motion must be filed with the Court identifying the unserved defendant and indicating whether some other manner of service should be used.

DATED this 27th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge