UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR MAYO, | 2:15-cv-1906-LDG-GWF |
| Plaintiff, | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Defendants. | |

THE COURT HEREBY ORDERS that plaintiff Mayo's motion to amend the complaint (#32) is GRANTED.

THE COURT FURTHER ORDERS that plaintiff Mayo's motion to amend the complaint (#31) is STRICKEN as duplicative.

THE COURT FURTHER ORDERS that defendant's motion to extend time (#34) is DENIED as moot.

THE COURT FURTHER ORDERS that, given the magistrate judge's ruling (#39), plaintiff Mayo's motion for the court/and or U.S. Marshals to facilitate service upon defendant Bryan Wilson (#35) is DENIED.

DATED this 17 day of October, 2016.

_____
Lloyd D. George
United States District Judge