UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ARTHUR MAYO,

        Plaintiff,                    Case No.  2:15-cv-1906-LDG-GWF

vs.                                            **ORDER**

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

        This matter is before the Court on Plaintiff's Motion to Serve under Seal (ECF No. 48), filed on November 22, 2016.

        On July 12, 2016, the Court issued an order instructing the Clerk of the Court to electronically serve a copy of Plaintiff's amended complaint on the Office of the Attorney General of the State of Nevada.  *See* ECF No. 25.  The Court instructed the Attorney General's Office to file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. On August 3, 2016, the Office of the Attorney General filed a Notice (ECF No. 29) that service was accepted on behalf of Defendants Brian E. Williams, Minor Adams, and Daniel Tracy.  Service was not accepted on behalf of Bryan Wilson.  In its Limited Response, the Office of the Attorney General represents that it was unable to obtain consent from Defendant Wilson and requested that the Court order the US Marshall Service to execute service upon Defendant Wilson at Florence McClure Women's Correctional Center at 4370 Smiley Road.

        On September 27, 2016, the Court ordered the U.S. Marshals Service to attempt service upon Defendant Wilson at Florence McClure Women's Correctional Center at 4370 Smiley Road. *See* ECF No. 39.  On November 8, 2016, the summons for Bryan Wilson was returned unexecuted because Defendant Wilson was no longer employed at Florence McClure Women's Correctional

Center. *See* ECF No. 45. On September 23, 2016, the Office of the Attorney General submitted Defendant Wilson's last known address under seal as ordered by the Court. Plaintiff requests that the Court order the U.S. Marshals Service to attempt service upon Defendant Wilson at his last known address. The Court will provide the contact information to the U.S. Marshals Service in a sealed order and direct service upon Defendant Wilson at his last known address. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Serve under Seal (ECF No. 48) is **granted**.

DATED this 5th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge