# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR MAYO,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 2:15-cv-01906-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Appointment of Counsel (ECF No. 65) is DENIED;

THE COURT FURTHER **ORDERS** that Plaintiff's Motion for Clarification (ECF No. 67) is DENIED.

DATED this __23rd__ day of February, 2018.

_____
Lloyd D. George
United States District Judge