# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR D. MAYO,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 2:15-cv-01906-LDG (EJY)

**ORDER**

    A review of the docket in this matter establishes that it has been pending for more than 270 days without any proceeding having taken place. A civil action which has been pending for more than 270 days without any proceeding of record may be dismissed for want of prosecution pursuant to Local Rule 41-1. On January 23, 2020, the Court ordered the plaintiff to show cause why this matter should not be dismissed for want of prosecution not later than February 21, 2020. The plaintiff has failed to do so.

    Accordingly,

    THE COURT **ORDERS** that the this matter is DISMISSED pursuant to Local Rule 41-1 for want of prosecution.

DATED this _17_ day of March, 2020.

                                                                             _____
                                                                             Lloyd D. George
                                                                             United States District Judge